JACOB CARTUN et al., appellants,

*v.*

JOSEPH MYERS et al., respondents.

[Submitted December 5th, 1910. Decided March 6th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming.

*Mr. George A. Bourgeois,* for the appellant.

*Messrs. French & Richards,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BO-GERT, VREDENBURGH, VROOM, CONGDON, SULLIVAN—14.

*For reversal*—None.